IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC STANTON BLACK | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 13-6522 |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Commissioner of Social Security | : | |

## ORDER

**AND NOW**, this 2nd day of November, 2015, upon consideration of the Motion by Plaintiff's Counsel for Approval of Counsel Fees Under Section 406(b) of the Social Security Act (Document No. 20), the defendant's response and the plaintiff's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. F. Michael Friedman, Esquire, is awarded counsel fees in the amount of $18,631.25, payable from the plaintiff's past-due benefits;

2. No later than **November 6, 2015**, the parties shall submit a proposed order that is consistent with the Memorandum Opinion issued this date.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.